FILED

06 SEP 18 AM 9: 12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP INC., a Limited Liability Company; RIVERDEEP INTERACTIVE LEARNING, LTD.<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO CREDIT ASSOCIATION, a California corporation, and GREGORY GARNER, individually,<br><br>Defendants.<br><br><br>RIVERDEEP INC., a Limited Liability Company; RIVERDEEP INTERACTIVE LEARNING, LTD.<br><br>v.<br><br>SOMC GROUP, INC.; LOGETICS, INC. and THOMAS E. HOLLAND<br><br>Defendants. | Case No.: 05 CV 1801 H (JMA) (Consolidated With Case No. 05-CV-2195 H (JAM))<br><br>ORDER DISMISSING CASE NO. 05-CV-1801, WITH PREJUDICE<br><br>Complaint Filed: September 19, 2005<br><br>Second Amended Complaint Filed: June 12, 2006<br><br>Judge: Marilyn L. Huff<br>Magistrate Judge: Jan M. Adler |

The Court, having reviewed the Stipulation of Dismissal between Plaintiffs Riverdeep, Inc., and Riverdeep Interactive Learning, Ltd., on the one hand and Defendants SDCA and Gregory Garner, on the other hand, hereby approves the Stipulation and dismisses case number 05 CV 1801

1  H (JMA) with prejudice, notwithstanding the prior order of consolidation with case number 05 CV
2  2195 H (JMA). Nothing herein affects Case number 05 CV 2195 and that case shall remain pending
3  before this Court.
4      IT IS SO ORDERED.

BY THE COURT

Dated: September 15, 2006    By: *Marilyn L. Huff*
                                MARILYN L. HUFF